CENTRAL DISTRICT OF ILLINOIS

Lorenzo Grier )
_____ )
             )
             )
  Plaintiff, )
             )
  vs.        )        Case No. 06-1230
             )        (Supplied by Clerk)
Forrest Ashby et al )
             )
_____ )
             )
  Defendant(s). )

E-FILED
Wednesday, 06 September, 2006 12:10:53 PM
Clerk, U.S. District Court, ILCD

SEP - 6 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Lorenzo Grier R32069, plaintiff or petitioner, move the court for leave to proceed *in forma pauperis* in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) Single ✓ Married __ Separated __ Divorced __

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?
Yes ( )  No (✓)

B. If so, by whom, what is your position, and what is your pay? _____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?
N/A

1

money from any other source, including judgments, in the last 12 months?
Yes ( )   No (✓)   If yes, describe each source and state how much you received.

_____

E.  If you are presently incarcerated, how much money do you have in your institutional trust fund account?  _____NONE_____

F.  If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used.
for Commissary.

_____

G.  How much money do you have in private checking or saving accounts?
_____NONE_____

H.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (✓)

If yes, describe the property and its approximate value: _____

I.  Do you have any debts or obligations?
Yes ( )  No (✓)

If yes, list the amount owed, to whom, and any current payments that you are making.

_____

J.  List your dependents, state your relationship to them, and state how much you contribute to their support each month.  Also, state how long you have contributed to that support and other means by which your dependents receive support.
N/A

_____

2

K. Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them.    N/A

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

_Lorenzo Hunter R32069_
SIGNATURE

X _9-1-06_
DATE

3

Date: 8/17/2006
Time: 3:49pm
d_list_inmate_trans_statement_composite

5:06-cv-03206-HAB-BGC     # 1     Page 4 of 14

Hill Correctional Center
Trust Fund
View Transactions

Page 1

**Inmate:** R32069 Grier, Lorenzo    **Housing Unit:** HIL-██-████

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 08/17/06 | Mail Room | 04 Intake and Transfers In | 229279 | 60171 | Pontiac C.C. | 11.45 | 11.45 |

| | |
|---|---|
| Total Inmate Funds: | 11.45 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .52 |
| Funds Available: | 10.93 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

RECEIVED
SEP - 6 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lorenzo Grier R32069 )
Plaintiff )
)
)
vs. )   Case No. 06-1230
)
Forrest Ashby )
Julia Vincent )
Warden - Zimmerman )
C/O Fundel )
Defendant(s) )

## COMPLAINT

[X] 42 U.S.C. §1983 (suit against state officials for constitutional violations)

[ ] 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[ ] Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Lorenzo Grier R32069, and states as follows:

My current address is: Hill Correctional Center, 600 Linwood Rd. Galesburg, Illinois 61401

The defendant Forrest Ashby, is employed as Lieutenant at Western Illinois Correctional Center

The defendant Julia Vincent, is employed as Counselor at Western Illinois Correctional Center

The defendant Zimmerman, is employed as Warden at Western Illinois Correctional Center

The defendant Fundel, is employed as Correctional Officer at Western Illinois Correctional Center

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes  ☐        No  ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes  ☐        No  ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

     Plaintiff(s) _____

     Defendant(s) _____

     _____

  2. Court (if federal court, give name of district; if state court, give name of county)

     _____

  3. Docket Number/Judge _____

2

4. Basic claim made

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?    Yes ☒    No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?    Yes ☒    No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?    Yes ☒    No ☐

PLEASE NOTE: *THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

Place of the occurrence ~~_____~~ Western Illinois Corr. Ctr.

Date of the occurrence March 8th 2006

Witnesses to the occurrence Shawn Sullivan K91990

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
**THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.**

1. On March 8th 2006, the plaintiff was urinating during count time procedures and the defendant, C/O Fundel walked up to plaintiff's cell to count, and then falsified a disciplinary ticket stating that plaintiff was masturbating, which initiated a disciplinary hearing against him causing him to lose 3 months good time credits, 3 months segregation, 3 months C grade from what was initially 1 year segregation, 1 year loss of good time credits, due to the Administrative Review Board modifying his disciplinary calculation.

2. The defendants, Forrest Ashby and Julia Vincent refused to call plaintiff's requested witness who could have exonerated him of the false charges against him, and defendant Forrest Ashby told plaintiff's witness that he did not need his testimony because he was going home the next day, the defendant, Ashby, therefore falsified the plaintiff's disciplinary summary as if he had interviewed and recieved testimony from the witness, whereas the plaintiff was given by defendants, 1 year loss of good time credits, 1 year segregation, and 1 year C grade, but was later modified by the Administrative review Board to 3 months of each.

4

3. The defendant, Warden Zimmerman concurred with the defendants, Ashby, and Vincent and signed in agreement to the disposition of charge and Adjustment Committee Hearing.

**(State exactly what relief you want from the court.)**

Wherefore, the plaintiff prays that this Court will allow him to sue defendant, Forrest Ashby for $10,000 in compensatory damages and $10,000 in punitive damages, Julia Vincent for $10,000 in compensatory damages and $10,000 in punitive damages, Zimmerman for $10,000 in compensatory damages, and $10,000 in punitive damages, c/o Fundel for $15,000 in compensatory damages and $15,000 in punitive damages all in their individual capacity.

**JURY DEMAND**        Yes  [X]        No [ ]

Signed this ___1___ day of __September__, 19 _2006_.

_Lorenzo Hiem_
(Signature of Plaintiff)

| Name of Plaintiff: Lorenzo Hiem | Inmate Identification Number: B32069 |
|---|---|
| Address: Hill Corr. Ctr. 600 Linwood Rd. Galesburg, Il. 61401 | Telephone Number: N/A |

6

STATE OF ILLINOIS      )
                       ) SS.
COUNTY OF KNOX         )

I, _Lorenzo Arien_, being first duly sworn on oath deposes and says that _I have_ served within: _42 USC 1983 Complaint_ upon the below na

TO:
U.S. District Court
Central District
   of Illinois
6 Copies

by placing a true and correct copy of said: _Documents_

IN AN ENVELOPE, ADDRESSED AS IS SHOWN ABOVE.

That _I have_ sealed said envelope and the State placed sufficient U.S. Postage on same, and deposite envelope so sealed and stamped in the United States Mail at the HILL CORRECTIONAL CENTER, GALESBU Illinois, 61401, on the day _____ of _____, 2006.

## NOTARY PUBLIC

Subscribe and sworn to before me this the _____ day of _____ 19 _____

(Seal)

_____
Notary Public

My Commission Expires:

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** GRIER, CORDERO  **IDOC Number:** R32069  **Race:** BLK
**Hearing Date/Time:** 3/15/2006  12:59 PM  **Living Unit:** WIL-R-01-16  **Orientation Status:** N/A
**Incident Number:** 200600811/1 - WIL  **Status:** Final

ROGER A ZIMMERMAN / RAZ  3/17/2006  _[signature]_  03/17/06
Chief Administrative Officer  Signature  Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_[signature]_  3/28/6  3p
Employee Serving Copy to Committed Person  When Served -- Date and Time

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** GRIER, CORDERO | **IDOC Number:** R32069  *Rec 31* | **Race:** BLK |
| **Hearing Date/Time:** 3/15/2006  12:59 PM | **Living Unit:** WIL-B-01-16 | **Orientation Status:** N/A |
| **Incident Number:** 200600811/1 - WIL | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 3/8/2006 | 200600811/1-WIL | FUNDEL, LISA D | R2 HOUSE D WING | 12:02 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 107 | Sexual Misconduct | Guilty |
| | *Comments: masturbating in front of female staff* | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

### RECORD OF PROCEEDINGS
DR504 CHARGES READ I/M PLEAD NOT GUILTY STATES THAT I AIN'T THAT WHOLE TICKET IS A BIG EXAGGERATION. I WAS USING IT DURING COUNT TIME MY CELLIE WAS IN THE BED. I DIDN'T DO NONE OF THAT. OFFENDER GRIER REQUESTED A WITNESS WHICH WAS INTERVIEWED I/M SULLIVAN K96990 AND HE STATED I WAS IN BED ASLEEP AND I DIDN'T SEE ANYTHING THE COUNT LIGHT WAS ON AND I HEARD HIM USING THE REST ROOM.

### BASIS FOR DECISION
I/M WAS ID BY HIS IDOC CARD.
WRITING STAFF REPORT REFLECTS THAT THIS OFFENDER WHILE STAFF WAS COUNTING ON R2 D WING WHEN C/O. L. FUNDEL ARRIVED AT R2 D 63 OBSERVED OFFENDER GRIER R32069 STANDING AT THE TOILET. THIS OFFENDER HAD HIS PANTS DOWN AROUND HIS HIPS AND HIS PENIS IN HIS LEFT HAND. GRIER WAS STROKING HIS PENIS IN A UP AND DOWN RAPID MOTION. GRIER LOOKED AT STAFF WHEN THIS C/O. LOOKED IN THE CELL TO COUNT HE CONTINUED TO STROKING HIS PENIS.

### DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 1 Year CGrade | 1 Year CGrade |
| 1 Year Segregation | 1 Year Segregation |
| Revoke GCC or SGT 1 Year | Revoke GCC or SGT 1 Year |
| Transfer (Disciplinary) | Transfer (Disciplinary) |

**Basis for Discipline:** NATURE OF OFFENSE.

### Signatures
**Hearing Committee**

| | | | |
|---|---|---|---|
| ASHBY, FORREST J - Chair Person | *(signature)* | 03/15/06 | BLK |
| | Signature | Date | Race |
| VINCENT, JULIA I | *(signature)* | 03/15/06 | ASN |
| | Signature | Date | Race |

Recommended Action Approved

**Final Comments:** N/A

Run Date: 3/20/2006 08:57:33           Page 1 of 2

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**HEARING OF ADMINISTRATIVE REVIEW BOARD**
**VIDEO CONFERENCE**

*DATE OF HEARING*: July 14, 2006

*INSTITUTION*: Pontiac Correctional Center, Pontiac, Illinois

*GRIEVANT NAME*: Cordero Grier, Register No. R32069

*BOARD MEMBERS PRESENT*: Terri Anderson, Administrative Review Board Chairperson, Office of Inmate Issues, Department of Corrections.

Grievant was personally interviewed by the Administrative Review Board. All information submitted to the Board by the Grievant, and the institution related to the issue being grieved, was reviewed. Issues warranting further action / consideration were discussed with the Pontiac Correctional Center administration.

Nature of Grievance: Offender Grier is grieving a disciplinary report dated March 8, 2006 received at Western Illinois Correctional Center.

Findings: The disciplinary report of March 8, 2006 regarding an incident which occurred on March 8, 2006 at 12:02 AM, was written by L. Fundel charging violation of DR504: 107 Sexual Misconduct. Offender is charged with the following: On above date & approx. time this C/O was counting R2Dwing. When this C/O arrived at R2D63 this C/O observed I/M Greer (sic) R32069 standing at the toilet. I/M Greer had his pants down around his hips and his erect penis in his left hand. Greer was stroking his penis in an up and down rapid motion. Greer looked at this C/O when this C/O looked in the cell to count and continued stroking his penis. I/M identified by his state issued ID. Sgt. Goerlich and Lt. Barfield notified and I/M was escorted to segregation. The disciplinary report was served on March 8, 2006 at 7:30pm.

The Adjustment Committee Hearing (200600811/1) was conducted at Western Illinois Correctional Center on March 15, 2006 at 12:59 PM. The Adjustment Committee found the Grievant guilty 107. The recommended disciplinary action was: 1 year C-grade, 1 year segregation, 1 year revocation of Good Conduct Credits, transfer. CAO concurred on March 17, 2006.

Inmate's statement: The C/O wrote the DR 6 days before I went home. I had no reason to do this. My witness went home on the day I had my hearing. I had no history of this. Offender Grier requests to be released from segregation.

This office reviewed Offender Grier's disciplinary record. This office notes that the revocation of GCC was reduced to three months during the review process.

Recommendations: Based on a review of all information and a compliance check of the procedural due process safeguards outlined in Department Rule 504, the Board is reasonably certain the Grievant committed the offense, and therefore recommends the grievance be denied. However, this Chairperson is of the opinion that the disciplinary action was excessive and recommends the following reduction: three months revocation of GCC (previously reduced), three months segregation, three months C grade.

FOR THE BOARD: _____
Terri Anderson
Administrative Review Board Chairperson
Office of Inmate Issues

**I concur. Warden Jones is to proceed accordingly.**
_____ July 17, 2006
Roger E. Walker, Jr.
Director

cc: Warden Eddie Jones, Pontiac Correctional Center
    Cordero Grier, Register No. R32069