E-FILED
Wednesday, 06 September, 2006  12:12:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

FILED
SEP - 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lorenzo Grier R32069,        )
    Plaintiff,              )
    vs.                     )    No. 06-1230
Forrest Ashby et al,         )
    Defendant(s)            )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Lorenzo Grier R32069, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

I have written several Legal Organizations including Law Schools, seeking Counsel, but I was told that they did not deal with my particular issues.

3. In further support of my motion, I declare that (check appropriate answer):

   ✓   I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

   ___   I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

☑ I have attached an original application to proceed in forma pauperis detailing my financial status.

___ I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

___ I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Lorenzo Huey_  R32069
Movant's Signature

600 Linwood Road
Street Address

Galesburg Illinois 61401
City/State/Zip Code

Date: 9-1-06

10/94