E-FILED
Wednesday, 06 September, 2006 02:31:58 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Lorenzo Grier** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 06-1230** |
| **Forrest Ashby, et al.** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Hill Correctional Center at Galesburg, IL.

    **WE COMMAND** that you produce the body of **Lorenzo Grier**, Register No. **R32069**, who is in your custody at Hill Correctional Center before the United States District Court on **Wednesday, 9/27/06 at 9:30 a.m. (CST)** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

    DATED: September 6, 2006

                                                JOHN M. WATERS, CLERK
                                                UNITED STATES DISTRICT COURT

                                                BY: _____s/R. Knox_____
                                                      Deputy Clerk