AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**LORENZO GRIER,**
        Plaintiff,

    vs.        Case Number:   **06-3206**

**FORREST ASHBY, et al.,**
        Defendants.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to an Order entered by the Honorable Harold A. Baker on September 26, 2006, the plaintiff's complaint is dismissed, without prejudice, as barred by Heck v Humphrey, 512 U.S. 477, 484-487 (1994) and progeny. All pending motions are denied as moot and all hearings are cancelled, case terminated.-------------------------------------------------------------------------------------

        ENTER this 26th day of September, 2006

        s/John M. Waters
        JOHN M. WATERS, CLERK

        s/M. Stewart
        BY:  DEPUTY CLERK